UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:22-cr-29-SPC-KCD

RE'SHOD PETER JONTAVIOUS
LARRY

## PRELIMINARY ORDER OF FORFEITURE[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture seeking a preliminary order forfeiting the defendant's interest in a **Smith and Wesson firearm (S/N DXX5219) and Sellier and Bellot ammunition**. (Doc. 33).

Defendant Re'Shod Peter Jontavious Larry entered a plea of guilty to Count One of the Indictment, possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). (Doc. 29). On June 23, 2022, the undersigned United States District Court Judge accepted Larry's plea and adjudicated him guilty of the offense; sentencing is currently scheduled for October 3, 2022. (Doc. 31).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

The United States has established the required connection between the crime of conviction and the assets.  Because the United States is entitled to forfeit the property, the United States' Motion for Preliminary Order of Forfeiture (Doc. 33) and the relief requested therein is **GRANTED**.

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the firearm and ammunition described above are **FORFEITED** to the United States of America for disposition according to law.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on July 11, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record