UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-29-SPC-KCD

RE'SHOD PETER JONTAVIOUS
LARRY

_____

**ORDER**[1]

Before the Court, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, is the United States' Motion for a Final Order of Forfeiture filed on October 7, 2022. (Doc. 42). The government seeks a final order of forfeiture for the **Sellier and Bellot ammunition**, which was subject to a July 11, 2022, preliminary order of forfeiture (Doc. 35).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the asset on the official government website, www.forfeiture.gov, beginning on July 13, 2022, and continuing through August 11, 2022. (Doc. 36). The publication gave notice to all third parties with a legal interest in the asset to file with the United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

33901, a petition to adjudicate their interest within 60 days of the first date of publication. No one has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

1. The United States' Motion for Final Order of Forfeiture (Doc. 42) is **GRANTED**.

2. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

3. Clear title to the asset now vests in the United States of America.

**DONE AND ORDERED** in Fort Myers, Florida on November 21, 2022.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record